UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA LUKASIEWICZ,

    Plaintiff,

V.                                      CASE NO. 16-11366
                                       HON. LINDA V. PARKER

STONELEIGH RECOVERY
ASSOCIATES, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 5] on June 24, 2016; Accordingly, the above-entitled action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS.

                                      s/Linda V. Parker
                                      Linda V. Parker
                                      United States District Judge

Dated: June 24, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 24, 2016, by electronic and/or ordinary mail.

                                      s/ Shawna Burns on behalf of Richard Loury
                                      Case Manager